Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT
### for the
### District of Kansas ☐▾

### 18th Division

Larry Jay Dragone

)
)
)
)
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

Lincoln County Hospital

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ☑Yes  ☐No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Larry Jay Dragone |
| Street Address | PO BOX 144 Lincoln Kansas 67455 |
| City and County | Lincoln Lincoln County |
| State and Zip Code | Kansas 67455 |
| Telephone Number | 785-531-0154 |
| E-mail Address | katsumi6222@gmail.com |

#### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1

| | |
|---|---|
| Name | Steve Granzow |
| Job or Title *(if known)* | CEO of Lincoln Hospital |
| Street Address | 624 N 2nd St |
| City and County | Lincoln Lincoln County |
| State and Zip Code | Kansas 67455 |
| Telephone Number | (785) 766-8580 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Lincoln County Hospital |
| Job or Title *(if known)* | N/A |
| Street Address | 624 N 2nd St |
| City and County | Lincoln Lincoln County |
| State and Zip Code | Kansas 67455 |
| Telephone Number | (785) 524-4403 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Tawnya Seitz |
| Job or Title *(if known)* | CEO of Lincoln Hospital |
| Street Address | 624 N 2nd St |
| City and County | Lincoln Lincoln County |
| State and Zip Code | Kansas 67455 |
| Telephone Number | (785) 524-4403 |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | Sandy King |
| Job or Title *(if known)* | Head of Medical Records |
| Street Address | 624 N 2nd St |
| City and County | Lincoln Lincoln County |
| State and Zip Code | Kansas 67455 |
| Telephone Number | (785) 524-4403 |
| E-mail Address *(if known)* | |

### C.    Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Lincoln County Hospital |
| Street Address | 624 N 2nd St |
| City and County | Lincoln Lincoln County |
| State and Zip Code | Kansas 67455 |
| Telephone Number | (785) 524-4403 |

## II.    Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☐    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☑    Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐    Other federal law *(specify the federal law)*:

☐    Relevant state law *(specify, if known)*:

☐    Relevant city or county law *(specify, if known)*:

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## III.     Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.     The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- [x] Failure to hire me.
- [x] Termination of my employment.
- [ ] Failure to promote me.
- [x] Failure to accommodate my disability.
- [ ] Unequal terms and conditions of my employment.
- [x] Retaliation.
- [ ] Other acts *(specify)*: _____

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.     It is my best recollection that the alleged discriminatory acts occurred on date(s)

_____

C.     I believe that defendant(s) *(check one)*:

- [x] is/are still committing these acts against me.
- [ ] is/are not still committing these acts against me.

D.     Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- [ ] race _____
- [ ] color _____
- [ ] gender/sex _____
- [ ] religion _____
- [ ] national origin _____
- [ ] age *(year of birth)* _____ *(only when asserting a claim of age discrimination.)*
- [x] disability or perceived disability *(specify disability)*

    Major depressive disorder; PTSD;ADHD

E.     The facts of my case are as follows. Attach additional pages if needed.

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.    Exhaustion of Federal Administrative Remedies

A.       It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*
3/21/23

B.       The Equal Employment Opportunity Commission *(check one)*:

☐      has not issued a Notice of Right to Sue letter.

☐      issued a Notice of Right to Sue letter, which I received on *(date)*     06/10/2023        .

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.       Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐      60 days or more have elapsed.

☐      less than 60 days have elapsed.

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Back wages from the discrimination date. I want my position back at the hospital. I have cleared my name of all allegations.

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        08/07/2023

Signature of Plaintiff

Printed Name of Plaintiff        Larry Jay Dragone

### B.    For Attorneys

Date of signing:        8 – 28 – 23

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

Lincoln, KS 67455
_____
City            State           Zip Code

(785) 531-2947
_____
Telephone Number

## DESIGNATION OF PLACE OF TRIAL

Plaintiff designates { [X]Wichita,    [ ]Kansas City , or   [ ]Topeka} , Kansas as the
                                (Select One)

location for the trial in this matter.

Signature of Plaintiff

## REQUEST FOR TRIAL BY JURY

Plaintiff requests trial by jury {    [X]Yes or   [ ]No  }
                            (Select One)

Signature of Plaintiff

Dated: 08/28/2023
(Rev. 10/15)

6

Statements

Failure to hire me- They stated they were not looking for medical director/physician at the time. However, I have a copy of the job advertisement on zip recruiter in April of 2023 right after they interview me. Also, they had numerous physician employee sites such as Assortis, Barton, zip recruiter, indeed, and DOC CAFÉ which show they were seeking a medical director/ physician which I had done 23 years and a former employee.

Termination of my employment- They stated that you were demented which I have completely disproved with cognitive test. I also took a PET scan and disproved all allegations sent by the administrator of the hospital who made these acquisitions. Everything is disapproved and no actions was taken by the board of Kansas healing hearts. I have had 100 former patients ask me to come back to work.

Failure to accommodate my disability- I have major depressive disorder and PTSD disabilities that were precipitated by the former CEO Steve Granzow

Retaliation- They failed to rehire me after clearing my name of any wrongdoing. They had the job advertised when I applied and after I was told they were not looking for that position any longer. I met with the board, and they stated that if cleared the acquisitions I would be rehired. The board members name was Rodney Broberg

## V. Relief

I want to be employed as a physician at Lincoln hospital and for punitive damages. Also, back wages for 1 year.



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

St Louis District Office
1222 Spruce, Room 8.100
St. Louis, MO 63103
(314)798-1960
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: 06/05/2023

**To:**  Larry J. Dragone
P.O. Box 144
Lincoln, KS 67455

**Re:**  Larry J. Dragone v. Lincoln County Hospital
EEOC Charge Number: 28D-2023-00076

EEOC Representative and email:   Joseph J. Wilson
State, Local & Tribal Program Manager
Joseph.Wilson@EEOC.gov

---

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC has adopted the findings of the state or local fair employment practices agency that investigated your charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

Please retain this notice for your records.

On Behalf of the Commission:

Digitally Signed By: David Davis 6/5/2023
David Davis
Acting District Director

cc:   Tara Eberline                        Larry Michel
Attorney                          Kennedy Berkley Attorney at Law
Foulston Seifkin LLP              119 W. Iron Ave., 7th Floor  P. O Box
7500 College Blvd Suite 1400     2567
Overland Park, KS 66210          Salina, KS 67402